IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AYAN BURTON, | ) | CASE NO. 1:17-cv-00879-DAP |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| CLEVELAND HEIGHTS-UNIVERSITY HEIGHTS CITY SCHOOL DISTRICT BOARD OF EDUCATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLEVELAND HEIGHTS-UNIVERSITY HEIGHTS SCHOOL DISTRICT BOARD OF EDUCATION, | ) ) ) | CASE NO. 5:17-cv-00883-DAP |
| | ) | JUDGE DAN AARON POLSTER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JASON D. WALLACE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DISTRICT'S MOTION FOR IMMEDIATE
TELEPHONE STATUS CONFERENCE**

{02420222 -2}

Cleveland Heights – University Heights School District Board of Education ("District"), hereby requests an immediate telephone status conference in the above-referenced matters to address the Court's recent *Scheduling Order*.  (See ECF #19 and ECF #28, respectively.)

Specifically, on June 26, 2017, the Court entered a *Minutes and Scheduling Order* in both matters ordering Ayan Burton, Jason Wallace, Daniel Bache, and Wallace & Bache LLC to obtain new counsel no later than the close of business on August 15, 2017.  (See ECF #13 and ECF #21, respectively.)  On August 15, 2017, Ayan Burton, Jason Wallace, Daniel Bache, and Wallace & Bache LLC sought leave of Court until August 18, 2017, to comply with the Court's prior Order.  (See ECF #18 and ECF #27, respectively.)  Such leave was granted.  (See Order [non-document] dated August 15, 2017.)

However, despite indicating in their Motions for Leave that new counsel would be secured by August 18, 2017, the District has not been notified of any change in legal representation for any of these parties.  Thus, given the Court's determination as to the conflicts concerning both Ayan Burton's counsel as well Jason Wallace, Daniel Bache, Wallace & Bache, LLC's counsel in its June 26, 2017, *Minutes and Scheduling Order* and the lack of notification to date as to new representation for these parties, the District seeks to avoid running afoul of this Court's Orders as well as any applicable ethical / professional constraints.

Accordingly, for the foregoing reasons, the District respectfully requests that the Court order an immediate telephone status conference so that the District may properly comply with the Court's September 1, 2017 *Scheduling Order*.  (See ECF #19 and ECF #28, respectively.)

{02420222 -2}

Respectfully submitted,


  */s/ Sara Ravas Cooper*
Kathryn I. Perrico (Reg. No. 0076565)
    Email: kperrico@walterhav.com
    Direct Dial: 216-928-2948
Maria Pearlmutter (Reg. No. 0087745)
    E-mail: mpearlmutter@walterhav.com
    Direct Dial: 216-916-2418
Sara Ravas Cooper (Reg. No. 0076543)
    Email: scooper@walterhav.com
    Direct Dial: 216-928-2898
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH  44114
(216) 781-1212 (telephone)
(216) 575-0911 (facsimile)

*Attorneys for Cleveland Heights – University
Heights City School District Board of Education*


## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


  */s/ Sara Ravas Cooper*
Sara Ravas Cooper

{02420222 -2}