## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| AYAN BURTON, | ) | Civil Action No. 5:18-cv-00101 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE POLSTER |
| | ) | MAGISTRATE JUDGE PARKER |
| CLEVELAND HEIGHTS-UNIVERSITY HEIGHTS | ) | |
| CITY SCHOOL DISTRICT BOARD OF EDUCATION, | ) | **MOTION TO DISMISS** |
| | ) | **PURSUANT TO** |
| Defendant. | ) | **FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| | ) | |
| | ) | |

Now comes the Plaintiff, Ayan Burton, proceeding pro se, who hereby submits this Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  When this matter started, Plaintiff's previous counsel, Jason Wallace and Daniel Bache, were ordered to withdraw from this case because the Defendant brought a fee-shifting action against them both arising out of the administrative proceedings of this case and in part for exhausting Plaintiff's administrative remedies as required by 20 USC 1415(l).  Plaintiff is indigent and has otherwise been unable to secure new counsel that is willing to litigate this matter to completion.  Plaintiff was deprived of a high school education by the Defendant, and as such, is not in an adequate position to represent himself.  It is for these reasons Plaintiff seeks to dismiss this matter without prejudice.

Therefore, Plaintiff prays this Honorable Court will dismiss this matter without prejudice.

Respectfully submitted,

/s/
Ayan Burton, pro se
1364 Ansel Rd, Cleveland, OH 44106
216-526-8008
*Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was submitted to the Clerk to be served electronically to all parties of record and was sent to Helen Carroll on this 10th day of May 2018.

/s/
Ayan Burton
*Plaintiff*